Dennis W. CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 58853.

Missouri Court of Appeals,
Western District.

May 29, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Irene Karns, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Attys. Gen., Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH and RONALD R. HOLLIGER, Judges.

## ORDER

Appellant Dennis Clark appeals the denial of his Rule 29.15 motion alleging ineffective assistance of trial and appellate counsel resulting in his conviction of first-degree murder.

We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information

only, setting forth the facts and reasons for this order. Rule 84.16(b).